UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
v.                                 )          No. 3:08-MJ-1057
                                   )          Magistrate Judge Shirley
MICHAEL WAYNE WILLIAMS,            )
                                   )
            Defendant.             )


**MEMORANDUM AND ORDER**

        This matter came before the undersigned on May 27, 2008, for a scheduled detention

hearing. Assistant United States Attorney Cynthia F. Davidson represented the government.

Attorney Russell Greene was present on behalf of his client, Defendant Michael Williams, who was

also present. The Court received the testimony of FBI Special Agent Paul Hughes, the proffers of

both parties and argument of counsel.

        In the Court's oral ruling, a complete review and analysis of the parties' positions, issues,

and facts were stated. That specific and detailed oral ruling is attached hereto and made a part of

this Order as if stated herein verbatim.

        For the reasons stated therein, I find, pursuant to 18 U.S.C. § 3142, that (1) the government

has met the burden of establishing by a preponderance of the evidence that this defendant is a flight

risk and a risk not to appear as required if released, and (2) the government has met the burden of

establishing by clear and convincing evidence that Defendant Williams' release would pose a danger

to the community. Furthermore, the Court finds that there are no conditions or combination of

conditions of release that would reasonably assure the Court that Defendant Williams would appear

as ordered and not pose a danger to the safety of any other person or the community

It is therefore **ORDERED** that Defendant, Michael Wayne Williams, be detained. Defendant will be committed to the custody of the Attorney General or his designated representative for confinement in a correction facility separate to the extent practicable from persons awaiting sentencing or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. Upon order of this Court or a Court of the United States or upon request of the attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal Service for the purpose of an appearance in connection with a Court proceeding.

                    **IT IS SO ORDERED.**

                              ENTER:


                              ____s/ C. Clifford Shirley, Jr.____
                              United States Magistrate Judge